1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. MJ24-561 |
| v. | DETENTION ORDER |
| KYLE CHRISTOPHER BENTON, | |
| Defendant. | |

Defendant Kyla Christopher Benton is charged with unlawful possession of a machine gun, 18 U.S.C. § 922(o). The Court held a detention hearing on September 10, 2024, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Benton is charged with an offense involving possession of a firearm.

2. Mr. Benton does not pose a risk of nonappearance. He has strong family ties, stable employment, and stable housing. Mr. Benton has limited criminal history.

DETENTION ORDER - 1

3. Mr. Benton poses a risk of danger due to the nature of the instant offense. Mr. Benton is charged with possessing an M-16 machine gun.

4. The weight of the evidence is strong as the machine gun was located in his residence during a search warrant. There are also photos purporting to show Mr. Benton holding the machine gun as well as other firearms.

5. As stated on the record, Mr. Benton was detained because he poses a unique danger to minority communities given the allegations of radicalization coupled with the allegations of possession of a machine gun.

6. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Benton's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Benton shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Benton shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Benton is confined shall deliver Mr. Benton to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER - 2

1   (4)     The Clerk shall direct copies of this Order to counsel for the United States, to

2           counsel for Mr. Benton, to the United States Marshal, and to the United States

3           Pretrial Services Officer.

4   DATED this 10th day of September, 2024.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3